THE PEOPLE OF THE STATE OF NEW YORK ex rel. THE CITY OF NEW YORK, Relator, *v.* BRONX BATH COMPANY and ROBERT MUH and Others, Composing the Board of Assessors of the City of New York, Respondents.

First Department, March 22, 1912.

See head note in *People ex rel. City of New York* v. *Sandrock R. Co.* (*ante*, p. 651).

CERTIORARI issued out of the Supreme Court and attested on the 2d day of June, 1905, directed to Robert Muh and others, composing the board of assessors of the city of New York, commanding them to certify and return to the office of the clerk of the county of New York all and singular their proceedings had in relation to the claim of the Bronx Bath Company for damages caused by the change of grade in a city street.

*Clarence L. Barber,* for the relator.

*Morgan J. O'Brien* of counsel [*A. C. & F. W. Hottenroth,* attorneys], for the respondents.

PER CURIAM:

For the reasons stated in the opinion in *People ex rel. City of New York* v. *Sandrock R. Co.* (149 App. Div. 651), decided herewith, the writ should be sustained and the proceedings before the board of assessors dismissed.

Present — INGRAHAM, P. J., McLAUGHLIN, LAUGHLIN, CLARKE and MILLER, JJ.; LAUGHLIN, J., dissented.

Writ sustained and proceedings before the board of assessors dismissed.   Order to be settled on notice.